UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
  JOHN CRAIG BROWN                         CASE NO. 20-10372
  CATHERINE HIGHBAUGH BROWN                JUDGE BENJAMIN A. KAHN
  3817 ROLLING ROAD
  HIGH POINT, NC  27265

        DEBTORS

  SSN(1) XXX-XX-4560     SSN(2) XXX-XX-8760        DATE: 12/31/2020

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALFRED R & SHIRLEY G BROWN<br>3815 ROLLING RD<br>HIGH POINT, NC  27265 | $40,857.17<br>INT: .00%<br>NAME ID: 182187<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 6399<br>COMMENT: 1020OR,620A |
| BANK OF NORTH CAROLINA<br>P O BOX 1148<br>THOMASVILLE, NC  27361-1148 | $0.00<br>INT: .00%<br>NAME ID: 9906<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAROLINA ANESTHESIOLOGY<br>P O BOX 2168<br>HIGH POINT, NC  27261-2168 | $0.00<br>INT: .00%<br>NAME ID: 8256<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDIT ONE BANK<br>P O BOX 98873<br>LAS VEGAS, NV  89193 | $0.00<br>INT: .00%<br>NAME ID: 44483<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0454<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT: .00%<br>NAME ID: 1159<br>CLAIM #: 0023 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD CO TAX DEPT<br>P O BOX 3328<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 10590<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT: 13TX<br>COMMENT: |
| GUILFORD COUNTY TAX<br>P O BOX 3138<br>GREENSBORO, NC  27402 | $71.49<br>INT: .00%<br>NAME ID: 119336<br>CLAIM #: 0001 | (U) UNSECURED<br><br>ACCT: 4560<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $1,607.72<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0002 | (P) PRIORITY<br><br>ACCT: 18TX<br>COMMENT: OC,620A, 720A |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $487.35<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0007 | (U) UNSECURED<br><br>ACCT: 15TX<br>COMMENT: 620A, 720A |
| MERRICK BANK<br>P O BOX 9201<br>OLD BETHPAGE, NY  11804 | $0.00<br>INT: .00%<br>NAME ID: 5146<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT: 7381<br>COMMENT: |
| MIDLAND FUNDING LLC<br>P O BOX 2011<br>WARREN, MI  48090 | $0.00<br>INT: .00%<br>NAME ID: 156645<br>CLAIM #: 0015 | (U) UNSECURED<br>NOT FILED<br>ACCT: 8162<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $456.26<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br><br>ACCT: 15TX<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $363.78<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 15TX<br>COMMENT: |
| NELNET<br>ON BEHALF OF US DEPT OF EDUCATION<br>121 S 13TH ST STE 201<br>LINCOLN, NE  68508 | $0.00<br>INT: .00%<br>NAME ID: 157655<br>CLAIM #: 0016 | (U) UNSECURED<br>NOT FILED<br>ACCT: 3719<br>COMMENT: |
| NORTH STATE PATHOLOGY<br>P O BOX 49009<br>GREENWOOD, SC  29649 | $0.00<br>INT: .00%<br>NAME ID: 168462<br>CLAIM #: 0017 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $11,953.60<br>INT: .00%<br>NAME ID: 162216<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 0648<br>COMMENT: |
| PIEDMONT TAX CLINIC INC<br>2200 SILAS CREEK PKWY STE 3A<br>WINSTON SALEM, NC  27103 | $1,200.00<br>INT: .00%<br>NAME ID: 178474<br>CLAIM #: 0024 | (E) POST PET/ADMIN (NON TAX)<br><br>ACCT: 1040<br>COMMENT: 520OR |
| PINNACLE BANK<br>150 3RD AVE SOUTH STE 900<br>NASHVILLE, TN  37201 | $337.88<br>INT: .00%<br>NAME ID: 168930<br>CLAIM #: 0022 | (U) UNSECURED<br><br>ACCT: 5010<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $109.57<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0019 | (U) UNSECURED<br><br>ACCT: 5350<br>COMMENT: |
| SYNCHRONY BANK<br>P O BOX 965060<br>ORLANDO, FL  32896 | $0.00<br>INT: .00%<br>NAME ID: 149787<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0648<br>COMMENT: STEINMART |

PAGE 3  -  CHAPTER 13 CASE NO. 20-10372

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| WAKE FOREST BAPTIST HEALTH<br>NC BAPTIST HOSPITAL<br>MEDICAL CENTER BLVD<br>WINSTON SALEM, NC  27157 | $52.60<br>INT:  .00%<br>NAME ID:  152592<br>CLAIM #:  0021 | (U) UNSECURED<br><br>ACCT:  8760<br>COMMENT: |
| WELLS FARGO BANK NA<br>SELECT PORTFOLIO SERVICING INC<br>ATTN REMITTANCE PROCESSING<br>P O BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | MONTHLY PMT  $605.72<br>INT:  .00%<br>NAME ID:  158487<br>CLAIM #:  0004 | (H) ONGOING-SECURED<br><br>ACCT:  8436<br>COMMENT:  DT,RE RP,CTD,EFF SEPT20 |
| WELLS FARGO BANK NA<br>SELECT PORTFOLIO SERVICING INC<br>ATTN REMITTANCE PROCESSING<br>P O BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | $2,422.88<br>INT:  .00%<br>NAME ID:  158487<br>CLAIM #:  0005 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT:  8436<br>COMMENT:  ARR,MAY THRU AUG20 |
| WELLS FARGO BANK NA<br>SELECT PORTFOLIO SERVICING INC<br>ATTN REMITTANCE PROCESSING<br>P O BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | $768.24<br>INT:  .00%<br>NAME ID:  158487<br>CLAIM #:  0006 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT:  8436<br>COMMENT:  ARR THRU APR20 |
| **TOTAL:** | **$61,346.26** | |
| WENDELL WES SCHOLLANDER III ESQ<br>514 S STRATFORD RD STE 317<br>WINSTON SALEM, NC  27103 | $4,650.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  12/31/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtors
Attorney for Debtors - Electronic Notice